(September 2, 2003)

■ In the Matter of ALICE CANCEL et al., Appellants, v NORMA RAMIREZ, Respondent, et al., Respondent. [765 NYS2d 489] —Order, Supreme Court, New York County (Louise Gruner Gans, J.), entered on or about August 21, 2003, unanimously affirmed for the reasons stated by Gans, J., without costs or disbursements. No opinion. Concur—Ellerin, J.P., Williams, Lerner, Friedman and Gonzalez, JJ.